Abe EWING and Otis Ewing v. STATE.
No. 18532.

Court of Criminal Appeals of Texas.
Oct. 14, 1936.

C. Bennett, of Brownsville, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is murder; the punishment, confinement in the penitentiary for five years.

Upon the written request of appellants, duly verified by their affidavits, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

Ray FOWLER v. STATE.
No. 18483.

Court of Criminal Appeals of Texas.
Oct. 14, 1936.

W. D. Benson, Jr., of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, two years in the penitentiary.

We find with this record an affidavit in due form made by the appellant asking that his appeal be dismissed. The request is granted, and the appeal is dismissed.

McKinley GUY v. STATE.
No. 18378.

Court of Criminal Appeals of Texas.
Oct. 14, 1936.

Sam H. Allred, of Hillsboro, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for hog theft, the punishment assessed being two years in the penitentiary.

Appellant has filed with this court his affidavit advising that he does not desire to further prosecute his appeal. In compliance with his suggestion, the appeal is ordered dismissed.

Robert INGRAM v. STATE.
No. 18690.

Court of Criminal Appeals of Texas.
Oct. 14, 1936.

J. K. Russell and A. C. Chrisman, both of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

Robert INGRAM v. STATE.
No. 18691.

Court of Criminal Appeals of Texas.
Oct. 14, 1936.